IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HUMBERTO H. GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-25 |
| | § | |
| GARZA WEST UNIT UTMB HEALTH | § | |
| PROVIDERS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has received the Magistrate Judge's March 12, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 8. No objections have been filed. *See* FED. R. CIV. P. 72(b) (setting 14-day deadline to file objections); Dkt. No. 8 at 3 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 8 and **DISMISSES** the above-captioned case for failure to prosecute.

SIGNED this 20th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge